No. 91–777. CENAC TOWING CO., INC. *v.* SOUTH TEXAS TOWING CO., INC. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–844. BENNETT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–6324. DETRICH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–690. THOMAS ET AL. *v.* ELLIOTT. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–963. COLORADO *v.* GARCIA. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1048. KENTUCKY *v.* TAYLOR. Sup. Ct. Ky. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1180. ARIZONA *v.* DANIEL. Ct. App. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–746 (A–344). BEST ET AL. *v.* UNITED STATES; and

No. 91–748. CONARTY *v.* UNITED STATES. C. A. 7th Cir. Application for an order to direct the Clerk of the United States Court of Appeals for the Seventh Circuit to transmit certain looseleaf binders to the Court for use during consideration of the petitions for writs of certiorari, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. Reported below: 939 F. 2d 425.

No. 91–798. SOUTH DAKOTA PUBLIC UTILITIES COMMISSION ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Motion of National Association of Regulatory Utility Commissioners et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.